UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Criminal No. 25-cr-20740

v.

Hon. Matthew F. Leitman

ANDREW LAMAR ORR,

Defendant.

______________________________________________________________/

**ORDER GRANTING GOVERNMENT'S MOTION TO COMMIT DEFENDANT TO CUSTODY OF ATTORNEY GENERAL (ECF # 32) AND COMMITTING THE DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL FOR TREATMENT AND FINDING EXCLUDABLE DELAY**

On July 28, 2026, the Court held a hearing as to defendant Andrew Orr's competency to stand trial. The defendant, who was represented by his counsel, Linda Ashford, was afforded adequate opportunity to be heard and present evidence at the hearing. Having reviewed the forensic evaluation report by the clinical forensic psychologist of the Federal Bureau of Prisons, which was uncontested, as well as having heard from the parties, the Court found by a preponderance of the evidence that the defendant is presently incompetent to stand trial.

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § 4241(d), the defendant is committed to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for a

reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward (the "treatment period").

**IT IS FURTHER ORDERED** that the Attorney General shall designate, as soon as its practicable, but within thirty (30) days of the entry of the order to the United States Marshals a suitable facility for Orr's hospitalization and communicate the name of that facility to all parties, including the Court.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall transport the defendant to and from the Federal Medical Facility designated by the Bureau of Prisons for the purpose of confinement and treatment.

**IT IS FURTHER ORDERED** that upon Orr's hospitalization, his evaluators shall submit regular reports every 60 days to the Court and the parties regarding the status of Orr's restoration.

**IT IS FURTHER ORDERED** that at the end of the treatment period, the director of the facility in which the defendant is hospitalized shall report to the Court on the defendant's condition, specifically addressing whether the defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. If, in the opinion of the director or his or her designee, the defendant has not recovered, the Court will conduct a hearing to determine whether the defendant should be confined for an

additional reasonable period of time until his mental condition is so improved that trial may proceed and that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. § 4241(e), if the director at Orr's facility determines that Orr has been restored to competency, the director shall promptly file a certificate to that effect with the Court and provide copies to the government and defense counsel, so that the Court may direct further proceedings. The Court will then conduct a second hearing under 18 U.S.C. § 4247(d) to determine the competency of the defendant.

**IT IS FURTHER ORDERED** that the time from the July 28, 2026, finding of incompetence to stand trial until the determination and disposition of Orr's mental capacity as outlined in 18 U.S.C. § 4241(d) shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), (h)(1)(F), and (h)(4).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126